AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

UNITED STATES OF AMERICA

V.

Walter D. Smalls

WARRANT FOR ARREST

**FILED**
MAY 05 2008

Case Number: 1:08-MJ-182

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

08-302-M 01

YOU ARE HEREBY COMMANDED to arrest _____ Walter D. Smalls _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

X Pretrial Release ☐ Probation ☐ Supervised Release ☐ Violation Notice
Violation Petition Violation Petition Violation

charging him or her with (brief description of offense)

Pretrial Release Violation (See Attached Petition)

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 3148 ___

Judith Lanham
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*signature*
Signature of Issuing Officer

04/28/2008, 401 Courthouse Square, Alexandria, VA 22314
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5 May 08 | Deputies | Deputies |
| DATE OF ARREST | | |
| 5 May 08 | DUSM Robert C. Bryan | Robert C. Bryan |

PS 8
(12/06)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
APR 25 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

08-302-M 01

U.S.A. vs. Walter D. Smalls                  Docket No. 08-MJ-182

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kimberly Hess, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Walter D. Smalls, who was placed under pretrial release supervision by the Honorable Theresa C. Buchanan sitting in the Court at Alexandria, on March 25, under the following conditions:

1) pretrial services supervision,
2) undergo and pay for substance abuse testing and treatment at the direction of pretrial services; and
3) not drive motor vehicle without a valid license.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS.

The defendant was arrested in the District of Columbia on April 5, 2008 for Possession of Marijuana and Reckless Driving.

The defendant was arrested in the District of Columbia on April 10, 2008 for No Permit and Contempt of Court.

The defendant failed to report as directed on April 21, 2008.

Based on the above noted charges, it appears the defendant continues to operate a motor vehicle without a valid license.

### PRAYING THAT THE COURT WILL ORDER Warrant

ORDER OF COURT

Considered and ordered this **25TH** day of **April**, 20**08** and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on. April 25, 2008

_____
U.S. Pretrial Services Officer

Place. Alexandria