AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_for the_ DISTRICT OF ~~With the~~ Columbia

UNITED STATES OF AMERICA

**FILED**

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

MAY 0 5 2008

CASE NUMBER: 08-302M-01

WALTER SMALLS     NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Defendant

CHARGING DISTRICTS
CASE NUMBER: 08 18h

I understand that charges are pending in the     EASTERN     District of VIRBINIA

alleging violation of     PRE-TRIAL RELEASE     and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

   (1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

   (2)     an identity hearing to determine whether I am the person named in the charges;

   (3)     a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable
           cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution;
           and

   (4)     Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   )  identity hearing

( X )  preliminary hearing

(   )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of
       an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

S.5.08
_____
Date

_____
Defense Counsel