WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>WALTER D. SMALLS<br><br>DOB:           PDID# | DOCKET NO           MAGIS NO 08-302M-01<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>WALTER D. SMALLS<br><br>FILED<br>JUL 14 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF:<br>[x] Order of Court   [ ] Information<br>[ ] Indictment       [ ] Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

FAILURE TO APPEAR BEFORE JUDGE JONES IN THE EASTERN DISTRICT OF VIRGINIA IN ALEXANDRIA ON 5/8/08 AS ORDERED.

(Original Violation : Violation of Pretrial Release Conditions in the Eastern District of Virginia, Alexandria)

RECEIVED WARRANT SECTION 2008 MAY 16 AM 10:01

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE<br>*(signature)* | DATE ISSUED<br>5/9/08 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*(signature)* Kymberly Kay | DATE<br>5/16/08 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting | SIGNATURE OF ARRESTING OFFICER<br>Reporting |
|---|---|---|
| DATE EXECUTED<br>14 July 2008 | DUSM Robert C. Byrus | Robert C. By— |

1484898