**FILED**

AUG 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

AUG - C 2008
CLERK U S DISTRICT COURT
ALEXANDRIA, VIRGINIA

Date: 08/08/08

Address of Other Court:   USDC Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

RE: CR 08-302-M-01

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ✓ | Docket Sheet | ✓ | Warrant of Removal |
| ✓ | Complaint | ✓ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ✓ | Detention Order |
| ☐ | Corporate Surety Bond | ✓ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ✓ | Other: Blotters filed on: 7/14/08 and 7/15/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____Anjie Sewsankar_____
Deputy Clerk